United States District Court
Eastern District of Louisiana

Henderson Ford

vs

Flora Coffee Shop and Gallery

Civil Action

18-5690

Case No.

SECT. B MAG. 2
Section

## Complaint

### Jurisdiction

American with Disabilities Act of 1990, 42;12181 and 42;12182

### Supplemental Jurisdiction

Louisiana Civil Rights for Person with Disabilities Act, R.S. 46:2253 and R.S. 46:2256(A)

### Parties

Plaintiff Henderson Ford

Defendant Flora Coffee Shop and Gallery

## Complaint

(1) Plaintiff contends that on or about March 1, 2018 Plaintiff to go in Flour coffee shop and gallery but was denied access to the business because the business do not a handicapp ramp for person in a wheelchair.

(2) Plaintiff contends that he is handicapp because his right leg is cutoff (6) inches below his knee.

(3) On March 9, 2018 Plaintiff mailed to the Defendant a notice of action, explaining to the Defendant how he is violating the American with Disabilities Act.

(4) Plaintiff contend that the Defendant never answer or respond to the notice of action.

(5) Plaintiff contend that the Defendant denied Plaintiff to the service, good, and his enjoyment of life to go freely in and and out of place of public accommendation

## Relief

(6) The Defendant to pay all court cost

(7) Plaintiff request trial by jury

(8) THE DEFENDANT TO PAY PLAINTIFF TWENTY-FIVE THOUSAND DOLLARS ($25,000.00) FOR DENYING HIM HIS ENJOYMENT OF LIFE

(9) THE DEFENDANT TO PAY PLAINTIFF TWENTY FIVE THOUSAND DOLLARS ($25,000.00) FOR VIOLATING HIS CIVIL RIGHT UNDER AMERICAN WITH DISABILITIES ACT

(10) THE DEFENDANT TO PAY PLAINTIFF TWENTY-FIVE THOUSAND DOLLARS ($25,000.00) FOR VIOLATING HIS CIVIL RIGHTS UNDER LOUISIANA CIVIL RIGHTS FOR PERSON WITH DISABILITIES ACT

(11) PLAINTIFF BE AWARDED COST

Thus done on this date of 6-4-18

RESPECTFULLY SUBMITTED
_Henderson Ford_
HENDERSON FORD
2416 N. DORGENOIS ST APT C
NEW ORLEANS LA 70117
(504) 900-5820