

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  DEC 07 2018
WILLIAM W. BLEVINS
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

__Henderson Ford__   CIVIL ACTION
**PLAINTIFF(S)**

**VERSUS**   No. 18-5690

__Fiola Coffee shop and Gallery__   SECTION: B (7)
**DEFENDANT(S)**

### NOTICE OF CHANGE OF ADDRESS

Dear Clerk:

Please note the following address change:

New Address: (PLEASE PRINT)

__Henderson Ford__
(NAME)

__3431 Third ST__
(STREET ADDRESS)

__NOLA  70125__
(CITY)     (STATE)   (ZIP CODE)

__(504) 900-8870__
(TELEPHONE NUMBER)

**Submitted by:**

_____
(SIGNATURE)

__December, 7 2018__
(DATE)

**CERTIFICATE OF SERVICE**
I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this __7__ day of __December__, 20__18__.

__Henderson Fo__
(SIGNATURE)

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

04/2004