

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Henderson Ford
PLAINTIFF(S)

CIVIL ACTION

VERSUS

Flora Coffee Shop And Gallery
DEFENDANT(S)

No. 18-5690

SECTION: B-2

## NOTICE OF CHANGE OF ADDRESS

Dear Clerk:

Please note the following address change:

New Address: (PLEASE PRINT)

Henderson Ford
(NAME)

1580 Gravier St
(STREET ADDRESS)

NOLA 70112
(CITY)   (STATE)   (ZIP CODE)

(504) 900-5870
(TELEPHONE NUMBER)

CERTIFICATE OF SERVICE
I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this ___17___ day of __December__, 20_18_

_Henderson Ford_
(SIGNATURE)

Submitted by:

_Henderson Ford_
(SIGNATURE)

12-12-18
(DATE)

___ Fee _____
_X_ Process _____  04/2004
_X_ Dktd _____
___ CtRmDep _____
_X_ Doc. No. _____